IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAYMUNDO GONZALEZ-GARIBAY,
   Petitioner,

vs.

UNKNOWN FILED COMPLAINT,
   Respondent.

United States District Court
Southern District of Texas
FILED

SEP 20 2004

Michael N. Milby
Clerk of Court

B-04-MC-24

RETURN OF REQUESTED APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT;
FREEDOM OF INFORMATION ACT REQUEST
PURSUANT TO 5 U.S.C.A. § 552

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now into Court, RAYMUNDO GONZALEZ-GARIBAY ("Petitioner"), and presents "once again," an "APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT ("Application"). Incorporated therewith, Petitioner respectfully requests' in conjunction with the Privacy Act (USC § 552), a copy of Cause Number B-04-MC-24, with which to acknowledge Petitioner to **"what"** He is filing the Application to proceed **for.** (emphasis added). With all respect thereto, Petitioner will respectfully show the following:

JURISDICTION

This Honorable Court's jurisdiction is invoked in accordance with Application AO 240; and pursuant to 5 U.S.C. § 552a.

I.

The aforementioned Application, see accompanying document (AO 240 Application) Petitioner again presents to this Honorable Court, said Application was issued on August 16th, 2004, by this Honorable Court via a pre-printed court envelope, with the return address showing, to wit: United States ("U.S.") District Court, for the Southern District of Texas, P.O. BOx 2299, Brownsville, Texas, 78522-2299.   See

1.

Petitioner's Exhibit Number ("Pet.Exh.No.") __1__. The Application was ordered by the Clerk of the Court to be filled and returned ASAP. See PetExh.No. __2__.

## II.

On August 23rd, 2004, Petitioner originally presented to this Honorable Court, via the aforementioned U.S. District Court address, i.e., P.O. BOX 2299, Brownsville, Texas, 78522-2299, the Application He now presents. The filing of the Applciation was returned to Petitioner on August 30th, 2004, stamped FOE. See Pet.Exh.No. __3__.

## III.

Today, September 3rd, 2004, in accordance with **Houston v. Lack, 101 L.Ed.2d 245 (1988)**, Petitioner presents this His Application, which was deemed filed on August 23rd, 2004, when Petitioner presented the Application to the prison authorities for forwarding.

### CERTIFICATE OF SERVICE

I, Raymundo Gonzalez-Garibay hereby certify that I have served a true and correct copy of the following:

**RETURN OF REQUESTED APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT;
FREEDOM OF INFORMATION ACT REQUEST
PURSUANT TO 5 U.S.C.A. § 522**

Which is seemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 101 L.Ed.2d 245 (1988), upon the defendant(s) and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

| | |
|---|---|
| MICHAEL N. MILBY, DISTRICT CLERK<br>U.S. DISTRICT COURT<br>P.O. BOX 61010<br>HOUSTON, TEXAS 77208-1010 | U.S. DISTRICT ATTORNEY<br>c/o U.S. DISTRIC COURT<br>P.O. BOX 61010<br>HOUSTON, TEXAS 77208-1010 |

and deposited same in the U.S. Postal Mail at U.S.P-Beaumont,
    on this **third** day of **September**, 2004.

via **CERTIFIED MAIL NUMBER 7004 1160 0007 2412 6706,
    RETURN RECEIPT REQUESTED.**

## PRAYER

**THEREFORE, PREMISE CONSIDERED,** Petitioner prays this Honorable Court grant the Return of Requested Application to Proceed Without Prepayment of Fees and Affidavit; and the Freedom of Information Act request, pursuant to 5 U.S.C. § 552a.

Respectfully presented,

*Raymundo Gonzalez-Garibay*
Raymundo Gonzalez-Garibay,
Petitioner.

RAYMUNDO GONZALEZ-GARIBAY
REGISTER NUMBER 82756-079
U.S.P. BEAUMONT
P.O. BOX 26030
BEAUMONT, TEXAS 77720-6030

In the event Petitioner cannot be contacted to proceed with the litigation being conducted in the instant case, Petitioner's mail shall be delivered to the following -
address for notification:

RAYMUNDO GONZALEZ-GARIBAY
c/o 1810 ALHAMBRA STREET
DALLAS, TEXAS 75217

3.

**CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 2299
BROWNSVILLE, TEXAS 78522-2299**

US POSTAGE $00.370 AUG 16 2004
PITNEY BOWES
7902 1467 MAILED FROM ZIP CODE 78520

77720+6030 33

Raymundo Gonzalez-Garibay
Register Number: 88756-079
United States Penitentiary- Beaumont
P.O. Box 26030
Beaumont, TX 77720-6030

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| RAYMUNDO GONZALEZ-GARIBAY, <br> Plaintiff <br><br> V. <br><br> UNITED STATES OF AMERICA, <br> Defendant | APPLICATION TO PROCEED <br> WITHOUT PREPAYMENT OF <br> FEES AND AFFIDAVIT <br><br> CASE NUMBER: B-04-mc-24 |

I, _____ _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☐ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employm--- y or wages and pay period and the name and address of you

*[handwritten: Please fill out and send back ASAP.]*

3. In the past 12 twelve months have you received any n

    a. Business, profession or other self-employment
    b. Rent payments, interest or dividends
    c. Pensions, annuities or life insurance payments
    d. Disability or workers compensation payments
    e. Gifts or inheritances
    f. Any other sources

    If the answer to any of the above is "Yes," describe, on the _____ e the amount received and what you expect you will continue to

