September 14th, 2004



Michael N. Milby, Clerk
U.S. District Courthouse
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208-1010

In Re: B-04-mc-24

Dear clerk of the court:

Be advised that I, Raymundo Gonzalez-Garibay U.S.M. No. 82756-079 ("Petitioner"), am currently being detained by:

    Correctional Services Corporation
    Raymundo Gonzalez-Garibay
    I.D. No. A034656413
    P.O. Box 1903
    Lufkin, Texas 75902

In the event Petitioner is Deported/Removed, Petitioner will by said deportation/removal, "NOT WAIVE," litigation of Cause no. B-04-mc-24.

Furthermore, if Petitioner is deported/removed and is no longer able to receive correspondence from this court at aforementioned address, Petitioner requests' that all correspondence from this court be forwarded to Petitioner via:

    Raymundo Gonzalez-Garibay
  c/o  1810 Alhambra St.
    Dallas, Texas 75217

Notwithstanding, in the "event of 'DENIAL'" of cause no. B-04-MC-24, accept this letter of change of forwarding address as notice of appeal thereof.

Respectfully presented:

*Raymundo Gonzalez-Garibay*

THEREFORE, PREMISES CONSIDERED, Petitioner respectfully prays this Honorable Court grant the forwarding adjudication thereof cause no. B-04-MC-24 to Petitioner via the aforementioned forwarding address[es].

Raymundo Gonzalez-Garibay
I.D. No. A034656413
CSC
P.O. Box 1903
Lufkin, Texas 75902

Done this 14th day of September 2004.

Certified Mail Receipt No.

7004 1160 0007 2413 0406