United States District Court
Southern District of Texas
FILED

OCT - 3 2006

Michael N. Milby
Clerk of Court

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Misc. B-04-24  (10/3/06  R&R)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Mr. Raymond Gonzalez-Garibay
Reg. No. 82756-079
USP-Beaumont
Street, Apt. No.; U.S. Penitentiary
or PO Box No. 26030
City, State, ZIP+4: Beaumont, TX  77720

7005 2570 0000 0449 4142

PS Form 3800, June 2002       See Reverse for Instructions