United States District Court
Southern District of Texas
FILED

OCT 12 2006

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_Clark_  10-6-06 |
| 1. Article Addressed to:<br>Mr. Raymond Gonzalez-Garibay<br>Reg No 82756-079<br>USP Beaumont<br>U.S. Penitentiary<br>P O Box 26030<br>Beaumont, TX   77720<br>m/s<br>CA B04-24   (10/3/06 R&R) | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 2570 0000 0449 4142 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |