# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 24 2006

MICHAEL N. MILBY, CLERK OF COURT

Raymond Gonzalez- Garibay
82756-079 U.S.P. Beaumont
Beaumont TX 77720-6030

---

Case: 1:04-mc-00024   Instrument: 5   (8 pages)   pty
Date: Oct 3, 2006
Control: 06103027
Notice: The attached order has been entered.

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



RTS

RETURN TO SENDER
MOVED LEFT
NO ADDRESS
NIXIE
BEAUMONT, TX 77707

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 2 4 2006

MICHAEL N. MILBY, CLERK OF COURT