United States District Court
Southern District of Texas
FILED

OCT 2 7 2006

Michael N. Milby
Clerk of Court

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Raymond Gonzalez Garibay  USE
R.D. Miles et al

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | B04mc24 RE: R+R Doc. #5 |
| Total Postage & Fees | $ | |

Sent To: Raymundo Gonzalez Garibay
Street, Apt. No.; or PO Box No. 1810 Alhambra St.
City, State, ZIP+4 Dallas, TX 75217

7005 2570 0000 0448 6901

PS Form 3800, June 2002