**CHAMBERS OF**
**Felix Recio, U.S. Magistrate Judge**
**UNITED STATES DISTRICT COURT**
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #203
Brownsville, TX 78520-7152

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CERTIFIED MAIL

7005 2570 0000 0449 4142

Mr. Raymond Gonzalez-Garibay
Reg No. 82756-079
USP Beaumont
U.S. Penitentiary
P.O. Box 26030
Beaumont, TX

NIXIE  773  1  10 10/25/06

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78520715253    *0393-06599-25-26

78520@7152

RECEIVED
OCT RETURN 2006 SENDER
REASON CHECKED
UNCLAIMED ___ REFUSED ___
ATTEMPTED ___ NOT KNOWN ___
INSUFFICIENT ADDRESS ___

United States District Court
Southern District of Texas
FILED

OCT 3 0 2006

Michael N. Milby
Clerk of Court

B04 MC 024