ORDER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

NOV - 2 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAYMOND GONZALEZ-GARIBAY, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | MISC. NO. B-04-024 |
| | § | (CR. NO. B-99-020) |
| R.D. MILES, | § | |
| WARDEN, UNITED STATES | § | |
| PENITENTIARY, | § | |
| Respondent. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced civil cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that the Petitioner's habeas motion is hereby DENIED and the cause of action DISMISSED.

DONE at Brownsville, Texas, this _____ day of _____ 2006.

Hilda G. Tagle
United States District Judge