

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                                                  ☐ Agent<br>                                                         ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Raymundo Gonzalez Gamboa<br>1810 Alhambra St.<br>Dallas, TX 75217 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:      ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail      ☐ Express Mail<br>   ☐ Registered           ☒ Return Receipt for Merchandise<br>   ☐ Insured Mail        ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)           ☐ Yes |
| 2. Article Number<br>   (Transfer from ) | 7005 2570 0000 0448 6901 |
| PS Form 3811, February 2004 | Domestic Return Receipt                102595-02-M-1540 |